IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02406-NYW-TPO

JESSICA CALDERON,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, OFFICE OF THE MAYOR, and
BEN SANDERS, in both his individual and official capacities,

    Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 10, 2025.**

    Pursuant to the Parties' emailed request, the Status Conference set for June 18, 2025 at 10:00 a.m. is **VACATED**.