# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02406-NYW-TPO

JESSICA CALDERON, an individual,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, OFFICE OF THE MAYOR, and BEN SANDERS, IN HIS OFFICIAL and INDIVIDUAL CAPACITIES

    Defendants.

---

## MOTION TO WITHDRAW

---

Jonathan Saadeh, Assistant City Attorney for the City and County of Denver, hereby submits this Motion to Withdraw as counsel of record for and on behalf of Defendants, City and County of Denver, Office of the Mayor, and Ben Sanders.

1. Good cause exists to permit this withdrawal, as undersigned counsel is resigning from his position with the Denver City Attorney's Office. His final day with the Denver City Attorney's Office is June 20, 2025.

2. Assistant City Attorney Chad Trulli will continue to represent Defendants in this action. Therefore, no prejudice will occur from undersigned counsel's withdrawal.

WHEREFORE, for good cause shown, undersigned counsel requests this Court grant his Motion to Withdraw.

Respectfully submitted this 17th day of June, 2025.

*s/ Jonathan D. Saadeh*
Jonathan D. Saadeh
Denver City Attorney's Office
201 W. Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3125
Facsimile: (720) 913-3190
E-mail: dlefiling.litigation@denvergov.org
jonathan.saadeh@denvergov.org
*Attorney for Defendants*

2

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 17th day of June, 2025, a true and correct copy of the foregoing **MOTION TO WITHDRAW** was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Steven L. Murray, Esq.
Murray Law, LLC
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
steven@smurraylaw.com

            *s/Kimberly Berridge*
            Denver City Attorney's Office