IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02406-NYW-TPO

JESSICA CALDERON,

Plaintiff

v.

CITY AND COUNTY OF DENVER,
OFFICE OF THE MAYOR,

BEN SANDERS, in his official and individual capacities.

Defendants.

---

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

---

Plaintiff Jessica Calderon [Calderon, Plaintiff, or Plaintiff Calderon], through her attorney, Steven L. Murray of Murray Law, LLC, submits her motion for a temporary order under Fed. R. Civ. P. 65(b) against Defendants, the City and County of Denver, Office of the Mayor [collectively referenced as the City or Defendant], and Ben Sanders, in his individual and official capacities [Sanders].

Plaintiff respectfully requests a hearing on this motion.

Plaintiff requests an immediate stay of Defendants' pending action to end Plaintiff's employment on September 18, 2025. This action will cause Plaintiff to suffer severe, immediate, and irreparable harm. [Dkt. 40; 40-1; (Ex. # 1 to Plaintiff's Motion for a

1

Preliminary Injunction - Declaration of Jessica Calderon), ¶¶ 3-4].

Plaintiff incorporates the arguments and discussion in her motion for a preliminary injunction filed in conjunction with the motion. [Dkt. 40; 40-1].

On August 18, 2025, the Defendants informed Plaintiff she was included in the Citywide layoff, and her position had been abolished, thereby ending her employment and career with the City. The City will pay Calderon her salary and benefits until September 18, 2025. [Ex. # 1, ¶¶ 5-6].

Plaintiff and Defendants have agreed to proceed to private mediation, including deciding on a specific mediator; however, this agreement has not been set forth or confirmed in writing.

Plaintiff requests the Court to immediately stay the Plaintiff's employment until a hearing can be held on the Plaintiff's motion for preliminary injunction. Plaintiff's motion for preliminary injunction requests the Court to enjoin Defendants from ending her employment on September 18, 2025, and require Defendants to maintain her salary, benefits, and employment status until this action is resolved by settlement or jury verdict.

In the alternative, Plaintiff's motion for preliminary injunction requests the Defendants be enjoined from ending her employment until the parties complete the agreed-upon private mediation.

CONFERRAL & NOTICE.  On September 11, 2025, Steven Murray, counsel for the Plaintiff,  conferred with the City's attorneys via email about the preliminary injunction. Plaintiff certifies that the Defendants' attorneys will receive a copy of this motion today, including notice via the Court's CM/ECF system. On September 12, 2025,

in conjunction with filing this motion, Plaintiff will provide the Defendants' attorneys with notice under Fed. R. Civ. P. 65(a)(1).

Dated: September 11, 2025.

Respectfully submitted,

<u>/s/ Steven L. Murray</u>
Murray Law, LLC
3900 East Mexico Avenue, Suite 300
Denver, CO 80210
Telephone: 303-396-9952
Email: steven@smurraylaw.com

3

## **CERTIFICATE OF SERVICE**

I certify that on September 12, 2025, a true and correct copy of the above PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER was filed with the Clerk of the Court using the CM/ECF system, which will serve it upon all counsel of record:

>Chad Trulli
>Assistant City Attorneys
>Denver City Attorney's Office
>Employment and Labor Law Section
>201 W. Colfax Avenue, Dept. 1108
>Denver, Colorado 80202-5332
>Telephone: 720-913-4893
>Email. chad.trulli@denvergov.org

>Sherri Lynn Catalano
>Denver City Attorney's Office
>Employment and Labor Law Section
>201 West Colfax Avenue Department 1108
>Denver, CO 80202
>Telephone: 720-913-3117
>Email: sherri.catalano@denvergov.org

>*/s/Steven L. Murray*
>_____
>Steven L. Murray

4